NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JUNIPER NETWORKS, INC.,**
*Plaintiff-Appellant,*

v.

**PETER M. SHIPLEY,**
*Defendant-Appellee.*

---

2010-1327

---

Appeal from the United States District Court for the Northern District of California in case no. 09-0696, Judge Saundra Brown Armstrong.

---

**ON MOTION**

---

Before LOURIE, *Circuit Judge.*

## ORDER

Juniper Networks, Inc. moves that this Court take judicial notice of the "existence and content" of Peter M. Shipley's website archived on February 15, 2004 at the "Internet Archive," <http://222.archive.org>. Shipley opposes. Juniper replies.

Judicial notice is proper only with respect to facts that are not subject to reasonable dispute in that they are either generally known or capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned. Fed. R. Evid. 201. Moreover, it is not uncommon for courts to take judicial notice of factual information found on Internet websites. *See, e.g.,* *O'Toole v. Northrop Grumman Corp.*, 499 F.3d 1218 (10th Cir. 2007). However, the archived website in question was not offered to the district court, and that court was consequently not able to make a determination as to its relevance and weight or its contextual significance. If Juniper wished to rely on that evidence, it should have submitted the evidence as part of the record in the district court.

Furthermore, because Juniper makes an argument concerning the complete archived website of which it moves that judicial notice be taken, and because it cites that archived website in its brief, the court determines that Juniper must file a new opening brief that does not discuss or cite the complete archived website.

Accordingly,

IT IS ORDERED THAT:

(1)  The motion is denied.

(2)  Juniper's previously filed brief is rejected. Juniper is directed to file a corrected opening brief within 21 days of the date of filing of this order that excludes reference to the archived website. A copy of this order shall be transmitted to the merits panel assigned to hear this case.

FOR THE COURT

**SEP 1 0 2010**                    /s/ Jan Horbaly
_____                     _____
Date                                Jan Horbaly
                                    Clerk

cc:  Jonathan S. Kagan, Esq.
     Cole M. Fauver, Esq.

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

SEP 1 0 2010

**JAN HORBALY
CLERK**